WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmiller@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ALESSI & KOENIG, LLC,<br><br>　　　　　　Debtor. | Case No. BK-S-16-16593-ABL<br>Chapter 7<br><br>Adversary Proceeding: |
| LINDA FONG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC;<br>QUALITY LOAN SERVICE<br>CORPORATION; INDYMAC BANK, F.S.B.;<br>FIRST AMERICAN TITLE INSURANCE<br>CO.; RONALD W. WINTER; AND TRACI M.<br>WINTER; DOES 1 through X, inclusive; ROE<br>BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | **NOTICE OF REMOVAL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant, Ocwen Loan Servicing, LLC ("Ocwen")

hereby removes Case No. A-15-719472-C, pending in the Eighth Judicial District Court, State of

Nevada, (the "State Court action") to the United States Bankruptcy Court, District of Nevada,

1  pursuant to 28 U.S.C. §§ 1334 and 1452, and Local Rule 9027.  This removal is authorized by

2  the Court's Order Approving Stipulation Regarding Relief from the Automatic Stay Pursuant to

3  Local Rule 4001(c) With Regard to Removal of Cases to the Bankruptcy Court, filed in *In Re:*

4  *Alessi & Koenig, LLC*, Case No. BK-S-16-16593-ABL.  ECF No. 131.

5          The State Court action concerns a homeowner's association's non-judicial foreclosure

6  sale, which occurred on June 25, 2014, involving real property situated at 9490 Thunder Sky

7  Street, #102, Las Vegas, Nevada 89178 (the "HOA Sale").  Debtor, Alessi & Koenig, LLC, was

8  the foreclosure trustee and conducted the HOA Sale.  The State Court case arises out of and

9  relates to the HOA Sale, and Debtor's conduct in connection therewith, including its subsequent

10 handling of the proceeds of the HOA Sale.

11          Upon removal, Ocwen consents to entry of final orders and judgments by the Bankruptcy

12 Court.

13          True and correct copies of all process and pleadings filed in the State Court case are

14 attached hereto as **Exhibits 1-37.**

15 DATED this 11th day of March, 2017.

16                                         WRIGHT, FINLAY & ZAK, LLP

17

18                                         */s/ Regina A. Habermas*
19                                         Dana Jonathon Nitz, Esq.
                                           Nevada Bar No. 0050
20                                         Christina V. Miller, Esq.
                                           Nevada Bar No. 12448
21                                         Regina A. Habermas, Esq.
                                           Nevada Bar No. 8481
22                                         7785 W. Sahara Avenue, Suite 200
                                           Las Vegas, Nevada 89117
23                                         (702) 475-7964; Fax: (702) 946-1345
                                           *Attorneys for Defendant, Ocwen Loan Servicing,*
24                                         *LLC*

25

26

27

28

1

**EXHIBIT LIST**

2

| | |
|---|---|
| **Exhibit 1** | Complaint |
| **Exhibit 2** | Notice of Lis Pendens – Plaintiff |
| **Exhibit 3** | First Amended Complaint |
| **Exhibit 4** | Affidavit of Service – Ocwen Loan Servicing |
| **Exhibit 5** | Affidavit of Service – Quality Loan Service Corporation |
| **Exhibit 6** | Initial Appearance Fee Disclosure – Ocwen Loan Servicing |
| **Exhibit 7** | Ocwen's Notice of Appearance |
| **Exhibit 8** | Notice of Appearance – First American Title Insurance Co. |
| **Exhibit 9** | Initial Appearance Fee Disclosure - First American Title Insurance Co. |
| **Exhibit 10** | Affidavit of Service – First American Title Insurance Co. |
| **Exhibit 11** | Stipulation and Order to Dismiss with Prejudice First American Title Ins. Co. |
| **Exhibit 12** | Summons and Affidavit of Service – First American Title Ins. Co. |
| **Exhibit 13** | Notice of Entry of Stipulation and Order to Dismiss with Prejudice First American Title Ins. Co. |
| **Exhibit 14** | Summons and Affidavit of Service – Traci Winter |
| **Exhibit 15** | Summons and Affidavit of Service – Traci Winter |
| **Exhibit 16** | Three Day Notice of Intent to Default – Ronald Winter |
| **Exhibit 17** | Three Day Notice of Intent to Take Default – Traci Winter |
| **Exhibit 18** | Ex Parte Motion to Extend Time for Service and for Service by Publication of Summons and Complaint to Defendant Indymac Bank |
| **Exhibit 19** | Affidavit of Robert B. Noggle in Support of Ex Parte Motion to Extend Time for Service and for Service by Publication of Defendant Indymac Bank |
| **Exhibit 20** | Ex Parte Motion to Extend Time for Service of Summons and Complaint to Defendant Indymac Bank |

| **Exhibit 21** | Affidavit of Brad D. Bace in Support of Ex Parte Motion to Extend Time for Service of Summons and Complaint to Defendant Indymac Bank |
| --- | --- |
| **Exhibit 22** | Stipulation for Non-Monetary Relief – Quality Loan Service Corp. |
| **Exhibit 23** | Ex Parte Motion to Extend Time for Service of Summons and Complaint to Defendant Indymac Bank |
| **Exhibit 24** | Default – Ronald Winter |
| **Exhibit 25** | Amended Affidavit of Service – Traci Winter |
| **Exhibit 26** | Ex Parte Order to Extend Time for Service of Summons and Complaint to Defendant Indymac Bank |
| **Exhibit 27** | Affidavit of Service – Traci Winter |
| **Exhibit 28** | Default – Traci Winter |
| **Exhibit 29** | Notice of Entry of Order on Stipulation for Non-Monetary Relief – Quality Loan Service Corp. |
| **Exhibit 30** | Affidavit of Service – Indymac Bank c/o Nevada Secretary of State |
| **Exhibit 31** | Three Day Notice of Intent to Default – Indymac Bank |
| **Exhibit 32** | Default – Indymac Bank |
| **Exhibit 33** | Stipulation and Order to Extend Time for Filing of a Responsive Pleading by Defendant Ocwen Loan Servicing or its Successor in Interest |
| **Exhibit 34** | Notice of Entry of Stipulation and Order to Extend Time for Filing of a Responsive Pleading by Defendant Ocwen Loan Servicing or its Successor in Interest |
| **Exhibit 35** | Ocwen's Answer to First Amended Complaint |
| **Exhibit 36** | Notice of Lis Pendens – Ocwen Loan Servicing |
| **Exhibit 37** | Amended Notice of N.R.C.P. 16.1 Early Case Conference |